UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RYAN,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 1106 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held on February 9, 2022, the expert discovery deadline is HELD IN ABEYANCE pending the outcome of the parties' settlement conference before the Honorable Jennifer E. Willis. If their settlement efforts are unsuccessful, the parties shall submit **within one week of the settlement conference** a proposed schedule for the completion of expert discovery.

Dated:     New York, New York
            February 10, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**